UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD MICHAEL ANTHONY LEE,
FDOC Inmate No. 090352,
    Plaintiff,

vs.                      Case No.:  3:22cv3070/MCR/EMT

BIA OFFICE PENSACOLA, et al.,
    Defendants.
_____/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on April 11, 2022 (ECF No. 6).  The court furnished plaintiff with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), based on Plaintiff's failure to pay the filing fee at the time he initiated this action.

3. All pending motions are **DENIED as moot**.

4. The clerk of court is directed to enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**